IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.                              CRIMINAL NO. 3:06cr74DPJJCS

JOSHUA DIXON

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Criminal Indictment against the defendant, JOSHUA DIXON, without prejudice.

DUNN LAMPTON
United States Attorney

By:   DAVE FULCHER
Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this ___24___ day of ___October___, 2006.

_____
UNITED STATES DISTRICT JUDGE